16380.    TARPLEY *v.* THE STATE.

LUKE, J. It appearing that the bill of exceptions was tendered more than twenty days after the judgment complained of, the writ of error must be dismissed.

*Writ of error dismissed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 9, 1925.

Accusation of gaming; from city court of Cairo—Judge Rigsby. January 27, 1925.

*W. H. Duckworth,* for plaintiff in error.

*Jeff. A. Pope, solicitor,* contra.